1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ARGAMANEZ-OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00412 DLJ |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER** |
| vs. | ) ) | |
| DOLORES ARGAMANEZ-OROZCO, | ) ) | |
| Defendant. | ) ) | |

Defendant Dolores Argamanez-Orozco and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Tuesday, June 14, 2011 at 9:00 a.m., be continued to Tuesday, July 12, 2011 at 9:00 a.m.  The defendant has already entered a guilty plea pursuant to a binding plea agreement.  The matter was not referred to the Probation Office.  The

///

///

///

///

STIP. TO CONTINUE SENTENCING HG.;
[PROPOSED] ORDER
No. CR 10-00412 DLJ                              1

1  continuance is requested because the parties are still awaiting a decision from an *en banc* panel
2  of the 9th Circuit that could affect the guideline calculation in this case.

3  Dated: 6/10/11                             _____/s/_____
                                               LARA S. VINNARD
4                                              Counsel for Jose Plancarte-Penaloza

5  Dated: 6/10/11                             _____
                                               BRADLEY PRICE
6                                              Special Assistant United States Attorney

7

8                                       **ORDER**

9        The parties have jointly requested a continuance of the sentencing hearing set for
10 Tuesday, June 14, 2011, to allow additional time for a relevant decision from the 9th Circuit.
11 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set
12 for Tuesday, June 14, 2011 at 9:00 a.m., is continued to Tuesday, July 12, 2011 at 9:00 a.m.

13

14 Dated:  June 14, 2011                      _____
                                               D. LOWELL JENSEN
15                                             United States Senior District Judge

16

17

18

19

20

21

22

23

24

25

26

STIP. TO CONTINUE SENTENCING HG.;
[PROPOSED] ORDER
No. CR 10-00412 DLJ                             2